**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-01778-HDV-AJR

Date: September 16, 2026


Title: Jon Maxwell Austin v. City of Huntington Beach, et al.

---

DOCKET ENTRY: **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE BECAUSE PLAINTIFF HAS NOT FILED A FIRST AMENDED COMPLAINT**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| _Nicholas Huynh_ | _______None_______ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS)**

On July 27, 2026, the Court dismissed *pro se* Plaintiff Jon Maxwell Austin's Complaint for Violation of Civil Rights (the "Complaint") with leave to amend and ordered Plaintiff to file a First Amended Complaint ("FAC") if he wished to proceed with this action. (Dkt. 10.) After discovering that certain Court documents had been mailed to an incorrect address, the Court issued an Order on August 11, 2026, explaining the mailing issue, directing the Clerk to remail the relevant documents to Plaintiff at the Gateshead Drive address listed in his Complaint, and extending the deadline to file a FAC to September 10, 2026. (Dkt. 13.) The Court also advised Plaintiff that failure to timely file a FAC could result in dismissal of this action for failure to prosecute and comply with Court orders. (Id.)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**



---

The Court subsequently received additional returned mail. On August 14, 2026, the Court's July 27, 2026 Order was returned as undeliverable with the notation, "Return to Sender: Addressee has not been at this address for almost two years." (Dkt. 15.)

As of the date of this Order, Plaintiff has not filed a FAC, requested an extension of time, or otherwise communicated with the Court. As the Court previously advised Plaintiff, failure to file a FAC will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b). (Dkts. 10, 13.)

Accordingly, Plaintiff is ORDERED to file a FAC or show cause in writing why this action should not be dismissed for failure to prosecute and comply with Court orders no later than **September 30, 2026**. Plaintiff is cautioned that failure to timely comply with this Order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

If Plaintiff elects to file a FAC, he shall comply with the requirements set forth in the Court's July 27, 2026. (Dkt. 10.) Plaintiff is also reminded that, if he wishes to proceed *in forma pauperis*, he must submit a completed AO 239 request form, attached here for his convenience. As the Court previously advised, Plaintiff's current request form does not disclose whether he received proceeds from the sale of the Malibu Lane property referenced in the Complaint. (Dkt. 10 at 10.) Therefore, the Court directed Plaintiff to file a supplemental application disclosing all assets and the disposition of any proceeds received from the sale of the Malibu Lane property. (Id. at 10-11.)

Alternatively, if Plaintiff no longer wishes to pursue this action, he may voluntarily dismiss it by filing a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A form Notice of Dismissal is attached for Plaintiff's convenience.

IT IS SO ORDERED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-01778-HDV-AJR Date: September 16, 2026



Title: Jon Maxwell Austin v. City of Huntington Beach, et al.

---

Attachments:

CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
Pro Se 15, Complaint for Violation of Civil Rights (Non-Prisoner).
AO 239, Application to Proceed in District Court Without Prepayment Fees or Costs