**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JON MAXWELL AUSTIN,<br>Plaintiff,<br>v.<br>CITY OF HUNTINGTON BEACH, ET AL.,<br>Defendants. | Case No. 8:26-cv-01778-HDV-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the October 22, 2026 Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered DISMISSING THIS ACTION WITH PREJUDICE for failure to prosecute and comply with Court orders.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and Judgment herein on Plaintiff at Plaintiff's current address of record, as well as all

parties who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 11/24/2026

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE