**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JON MAXWELL AUSTIN,<br>Plaintiff,<br>v.<br>CITY OF HUNTINGTON BEACH, ET AL.,<br>Defendants. | Case No. 8:26-cv-01778-HDV-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED WITH PREJUDICE.

DATED: 11/24/2026

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE